PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT   Las Vegas
DISTRICT OF NEVADA              Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): Steven W. Myhre/Nicholas D. Dickinson

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Chad Simkins ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
2:16-mj-127-PAL

Place of offense | County

CASE NO. 2:16-cr- 46

USA vs.

Defendant: CLIVEN D. BUNDY

Address:

Page 1 of 2

RECEIVED
FILED        SERVED ON
ENTERED      COUNSEL/PARTIES OF RECORD

FEB 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☑ Male   ☐ Alien
                         ☐ Female  (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☐ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  16

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 371 | Conspiracy to Commit Offense Against the United States | 1 |
| 4 | 18 U.S.C. § 372 | Conspiracy to Impede and Injure a Federal Officer | 2 |
| 4 | 18 U.S.C. § 111(a)(1) and (b) | Assault on a Federal Officer | 4, 5 |
| 4 | 18 U.S.C. § 115(a)(1)(B) | Threatening a Federal Law Enforcement Officer | 7, 8 |
| 4 | 18 U.S.C. § 924(c) | Use/Carry of a Firearm in Relation to a Crime of Violence | 3, 6, 9, 15 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  Las Vegas
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): Steven W. Myhre/Nicholas D. Dickinson

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Chad Simkins ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
2:16-mj-127-PAL

Place of offense | County

CASE NO. 2:16-cr-46

USA vs.
Defendant: CLIVEN D. BUNDY

Page 2 of 2
Address:

☐ Interpreter Required  Dialect: _____

Birth Date _____  ☑ Male  ☐ Alien
☐ Female  (if applicable)

Social Security Number _____

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 16

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1503 | Obstruction of the Due Administration of Justice | 10, 11, 12 |
| 4 | 18 U.S.C. § 1951 | Interference with Interstate Commerce by Extortion | 13, 14 |
| 4 | 18 U.S.C. § 1952 | Interstate Travel in Aid of Extortion | 16 |