DANIEL G. BOGDEN
United States Attorney
District of Nevada
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336 (Telephone)
702-388-6296 (Fax)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY,<br>RYAN W. PAYNE, and<br>PETER T. SANTILLI, Jr.,<br><br>    Defendants. | Case No.: 2:16-CR-00046-GMN-PAL<br><br>MOTION UNDER LR IA 10.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES. |

    The United States of America, by and through Daniel G. Bogden, United States Attorney, District of Nevada, respectfully moves, pursuant to LR IA 10.3, that the United States Department of Justice, Trial Attorney Erin Creegan, be permitted to appear before this Court in the above captioned case. Ms. Creegan is employed by the United States as an attorney, and, in the course and scope of her employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

/////

/////

Dated this 24th day of February, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____