# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of  NEVADA

UNITED STATES OF AMERICA

V.

MELVIN D. BUNDY

**WARRANT FOR ARREST**

Case Number:   2:16-CR-046-GMN-PAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest         MELVIN D. BUNDY
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES; CONSPIRACY TO IMPEDE OR INJURE A FEDERAL OFFICER; USE AND CARRY OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE; ASSAULT OF A FEDERAL OFFICER; THREATENING A FEDERAL LAW ENFORCEMENT OFFICER; OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE; INTERFERENCE WITH INTERSTATE COMMERCE BY EXTORTION; INTERSTATE TRAVEL IN AID OF EXTORTION

in violation of Title   18   United States Code, Section(s)   371; 372; 111(a)(1)&(b); 115(a)(1)(B); 924(c);1503; 1951; 1952; 2

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

3/2/16 Las Vegas, NV
DATE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   MELVIN D. BUNDY

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____