AO 442   (Rev. 10/03) Warrant for Arrest

10021883

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

MELVIN D. BUNDY

**WARRANT FOR ARREST**

Case Number:   2:16-CR-046-GMN-PAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MELVIN D. BUNDY
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES; CONSPIRACY TO IMPEDE OR INJURE A FEDERAL OFFICER; USE AND CARRY OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE; ASSAULT OF A FEDERAL OFFICER; THREATENING A FEDERAL LAW ENFORCEMENT OFFICER; OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE; INTERFERENCE WITH INTERSTATE COMMERCE BY EXTORTION; INTERSTATE TRAVEL IN AID OF EXTORTION

in violation of Title  18  United States Code, Section(s)  371; 372; 111(a)(1)&(b); 115(a)(1)(B); 924(c);1503; 1951; 1952; 2

LANCE S. WILSON                                           3/2/16 Las Vegas, NV
CLERK                                                                  DATE

*Lance S. Wilson*
(By) DEPUTY CLERK

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  MARICOPA, AZ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/02/2016 | RB for FBI | |
| DATE OF ARREST | | |
| 03/03/2016 | | |