%AO 442   (Rev. 10/03) Warrant for Arrest

10021384

# UNITED STATES DISTRICT COURT

District of  NEVADA

UNITED STATES OF AMERICA

V.

GERALD A. DELEMUS

**WARRANT FOR ARREST**

Case Number:   2:16-CR-046-GMN-PAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   GERALD A. DELEMUS

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES; CONSPIRACY TO IMPEDE OR INJURE A FEDERAL OFFICER; USE AND CARRY OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE; ASSAULT ON A FEDERAL OFFICER; THREATENING A FEDERAL LAW ENFORCEMENT OFFICER; OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE; INTERFERENCE WITH INTERSTATE COMMERCE BY EXTORTION; INTERSTATE TRAVEL IN AID OF EXTORTION

in violation of Title   18   United States Code, Section(s)   371; 372; 111(a)(1)&(b); 115(a)(1)(B); 924(c);1503; 1951; 1952; 2

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

3/2/16 Las Vegas, NV
DATE

Stamp: FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — MAR - 7 2016 — CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: _____ DEPUTY

Stamp: 2016 MAR -2 P 6:15 RECEIVED UNITED STATES MARSHAL DISTRICT OF NEVADA

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  ROCHESTER, N.H. |

| DATE RECEIVED  03/02/2016 | NAME AND TITLE OF ARRESTING OFFICER  FOB for FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  03/03/2016 | | |