◆AO 442   (Rev. 10/03) Warrant for Arrest

10021979

# UNITED STATES DISTRICT COURT

District of **NEVADA**

_____FILED   _____RECEIVED
_____ENTERED   _____SERVED ON
              COUNSEL/PARTIES OF RECORD

MAR - 7 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

V.

TODD C. ENGEL

**WARRANT FOR ARREST**

Case Number: **2:16-CR-046-GMN-PAL**

RECEIVED
UNITED STATES MARSHAL
2016 MAR -2 P 6: 15
DISTRICT OF NEVADA

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   **TODD C. ENGEL**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES; CONSPIRACY TO IMPEDE OR INJURE A FEDERAL OFFICER; USE AND CARRY OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE; ASSAULT ON A FEDERAL OFFICER; THREATENING A FEDERAL LAW ENFORCEMENT OFFICER; OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE; INTERFERENCE WITH INTERSTATE COMMERCE BY EXTORTION; INTERSTATE TRAVEL IN AID OF EXTORTION; AIDING AND ABETTING

in violation of Title **18** United States Code, Section(s) **371; 372; 111(a)(1)&(b); 115(a)(1)(B); 924(c);1503; 1951; 1952; 2**

**LANCE S. WILSON**                         3/2/16 Las Vegas, NV
CLERK                                       DATE
*Lance S. Wilson*
(By) DEPUTY CLERK

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **COEUR D'ALENE, ID.**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/02/2016 | WS Fr FBI | |
| DATE OF ARREST 03/03/2016 | | |