**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada  89134
(702) 385-5533
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY, et al,<br><br>    Defendants | CASE NO.     2:16-cr-00046–GMN-PAL |

**NOTICE OF LIMITED APPEARANCE OF COUNSEL FOR DEFENDANT CLIVEN BUNDY**

Comes now, Joel F. Hansen, Esq., of the law firm of Hansen-Rasmussen, of Las Vegas, Nevada, and gives notice to this Honorable Court that he has been retained by the Defendant, Cliven D. Bundy, to appear on his behalf at the hearing scheduled for 2 pm on March 10, 2016, in the Federal Courthouse in Las Vegas, Nevada.  The appearance of Mr. Hansen at this hearing is for the limited purpose of representing Mr. Bundy at this hearing only, because Mr. Bundy has not yet made a final decision as to who should be his defense attorney or attorneys throughout the rest of the case.

Mr. Hansen was admitted as an Attorney to practice before this District Court on the 14th day of December, A.D. 1978, and is in good standing with the Nevada State Bar.

DATED this 10th day of March, 2016.

                                    HANSEN RASMUSSEN, LLC

                            BY:    /s/ Joel F. Hansen
                                    JOEL F. HANSEN, ESQ.
                                    Nevada Bar No. 1876
                                    1835 Village Center Circle
                                    Las Vegas, NV 89134
                                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5 (b), I hereby certify that on this 10th day of March, 2016, I served a copy of the foregoing NOTICE OF LIMITED APPEARANCE as follows:

    X    Electronic Service - via the Court's electronic service system; and/or

    ☐    U.S. Mail – By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

    ☐    Facsimile – By facsimile transmission pursuant to EDCR 7.26 to the facsimile number(s) shown below and in the confirmation sheet filed herewith. Consent to service under NRCP 5(b)(2)(D) shall be assumed unless an objection to service by facsimile transmission is made in writing and sent to the sender via facsimile within 24 hours of receipt of this Certificate of Service; and/or

    ☐    Hand Delivery – By hand - delivery to the address listed below.

DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAH
Special Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101

    /s/ Lisa M. Sabin
    An Employee of HANSEN ◊ RASMUSSEN