

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada  89134
(702) 385-5533
Attorney for Defendant Cliven D. Bundy

**HANSEN RASMUSSEN, LLC**
**1835 Village Center Circle**
**Las Vegas, NV 89134**
**(702) 385-5533**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.        2:16-cr-00046–GMN-PAL |
| Plaintiff, | |
| vs. | |
| CLIVEN D. BUNDY, et al, | |
| Defendants | |

### SUPPLEMENT TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

Moving counsel Joel Hansen and Defendant Cliven Bundy respectfully request the honorable court consider and grant the pro hac vice application of co-counsel Larry Klayman at this time. This is important as this case is currently on a short time track, this is a complex case which is very fact and law intensive, and moving counsel and Mr. Bundy need his co-counsel to help prepare a defense. In addition, the government when asked suggested that it would not object to the entry of Mr. Klayman into the case.

In sum, as this is a criminal case and Defendant  Bundy has a right to choose his counsel, and, in the interest of justice, moving counsel respectfully requests that the honorable Court grant pro hac vice

/ / /

/ / /

/ / /

/ / /

1  status so that co-counsel can participate fully in an upcoming discovery conference on Tuesday, March

2  29, 2016 at 2:00 p.m. and begin to prepare a defense in this very complex case. as one counsel is not

3  enough to represent Defendant Bundy under these exigent and complex circumstances

4          DATED this 28th day of March, 2016.

5                                                    Respectfully submitted,

6                                          BY:    /s/ Joel F. Hansen
                                                  JOEL F. HANSEN, ESQ.
7                                                 Nevada Bar # 1876
                                                  1835 Village Center Circle
8                                                 Las Vegas, NV 89134
                                                  Attorney for Defendant Cliven D. Bundy

9

10                              **CERTIFICATE OF SERVICE**

11          Pursuant to NRCP 5 (b), I hereby certify that on this 28th day of March, 2016, I served a copy
    of the foregoing SUPPLEMENT TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN
12  THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND
    DESIGNATION OF LOCAL COUNSEL as follows:

13

14      X       Electronic Service - via the Court's electronic service system; and/or

15      ☐       U.S. Mail – By depositing a true copy thereof in the U.S. mail, first class postage
                prepaid and addressed as listed below; and/or

16      ☐       Facsimile – By facsimile transmission pursuant to EDCR 7.26 to the facsimile
                number(s) shown below and in the confirmation sheet filed herewith. Consent to service
17              under NRCP 5(b)(2)(D) shall be assumed unless an objection to service by facsimile
                transmission is made in writing and sent to the sender via facsimile within 24 hours of
18              receipt of this Certificate of Service; and/or

19      ☐       Hand Delivery – By hand - delivery to the address listed below.

20
    DANIEL G. BOGDEN
21  United States Attorney
    STEVEN W. MYHRE
22  NICHOLAS D. DICKINSON
    Assistant United States Attorneys
23  NADIA J. AHMED
    ERIN M. CREEGAH
24  Special Assistant United States Attorneys
    333 Las Vegas Blvd. South, Suite 5000
25  Las Vegas, NV 89101

26
                                          /s/ Lisa M. Sabin
27                                        An Employee of HANSEN ◇ RASMUSSEN

28