**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada  89134
(702) 385-5533
Attorney for Defendant Cliven D. Bundy

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY, et al,<br><br>  Defendants | CASE NO.   2:16-cr-00046–GMN-PAL |

<u>**SECOND SUPPLEMENT TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**</u>

The undersigned moving attorney for the pro hac vice application of out of state attorney Larry Klayman hereby supplements his prior motion by advising the Court that counsel for the government stated at the discovery conference of last Tuesday, March 29, 2016, that they would not be filing any opposition to Mr. Klayman's pro hac vice application.

As this case is currently proceeding on a fast pace, and as Defendant Cliven Bundy wants and needs Mr. Klayman on his defense team, in order to avoid any prejudice to his rights, as he is being held in solitary confinement in jail and other matters need to be addressed with the Court, the

///
///
///
///
///
///

1 undersigned counsel and Mr. Bundy respectfully request that the Court grant the pro hac vice

2 application at the earliest practicable time

3     DATED this 31st day of March, 2016.

4     Respectfully submitted,

5 BY: /s/ Joel F. Hansen
JOEL F. HANSEN, ESQ.
6 Nevada Bar # 1876
1835 Village Center Circle
7 Las Vegas, NV 89134
Attorney for Defendant Cliven D.
8 Bundy

9 **CERTIFICATE OF SERVICE**

10     Pursuant to NRCP 5 (b), I hereby certify that on this 31st day of March, 2016, I served a copy of the foregoing SECOND SUPPLEMENT TO VERIFIED PETITION FOR PERMISSION
11 TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL as follows:

12

    X    Electronic Service - via the Court's electronic service system; and/or
13

    ☐    U.S. Mail – By depositing a true copy thereof in the U.S. mail, first class postage
14     prepaid and addressed as listed below; and/or

15     ☐    Facsimile – By facsimile transmission pursuant to EDCR 7.26 to the facsimile number(s) shown below and in the confirmation sheet filed herewith. Consent to
16     service under NRCP 5(b)(2)(D) shall be assumed unless an objection to service by facsimile transmission is made in writing and sent to the sender via facsimile within
17     24 hours of receipt of this Certificate of Service; and/or

18     ☐    Hand Delivery – By hand - delivery to the address listed below.

19
DANIEL G. BOGDEN
20 United States Attorney
STEVEN W. MYHRE
21 NICHOLAS D. DICKINSON
Assistant United States Attorneys
22 NADIA J. AHMED
ERIN M. CREEGAH
23 Special Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
24 Las Vegas, NV 89101

25
    /s/ Lisa M. Sabin
26     An Employee of HANSEN ◊ RASMUSSEN

27

28