LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
ORONOZ, ERICSSON & GAFFNEY, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
luke@oronozlawyers.com
*Attorney for Melvin Bundy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:16-CR-00046-GMN-PAL |
| vs. | ) **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |
| MELVIN BUNDY, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE: that LUCAS J. GAFFNEY, ESQ., attorney of record for MELVIN BUNDY, pursuant to Local Rule 5005(d)(1), hereby submits the instant notification that the name of the law firm where he is employed has changed from ORONOZ & ERICSSON, LLC, to ORONOZ, ERICSSON & GAFFNEY, LLC. Additionally, please take notice that the physical and mailing address of the law firm has changed. As of April 4, 2016, any communications should be addressed to:

///

///

///

///

1

ORONOZ, ERICSSON & GAFFNEY, LLC
Attn: LUCAS J. GAFFNEY, ESQ.
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542

DATED this 7th day of April, 2016               Respectfully submitted,

                                                */s/ Lucas J. Gaffney*
                                                LUCAS J. GAFFNEY, ESQ.
                                                Nevada Bar Number: 12373
                                                *Counsel for Melvin Bundy*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of ORONOZ, ERICSSON & GAFFNEY, LLC and on this 7th day of April, 2016, I did serve a true and correct copy to all parties of the foregoing notice by U.S. District Court CM/EMF Electronic Filing. Additionally, on April 7, 2016, I served the foregoing notice by depositing a true copy thereof in the U.S. Mail, first class postage prepaid, upon:

Melvin Bundy #56896-408
18 E. Basic Rd.
Henderson, NV 89015

DATED this 7th day of April, 2016

                                                 /s/ Rachael Stewart