JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
HANSEN RASMUSSEN, LLC
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 385-5533
Facsimile: (702) 382-8891
joelh@hrnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   2:16-cr-00046–GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| CLIVEN D. BUNDY, et al, | ) | |
| Defendants | ) | |

**SUPPLEMENT TO PRO HAC VICE PETITIONER'S AND APPLICANT'S COMPLIANCE WITH COURT ORDER OF APRIL 2, 2016 AND SUPPLEMENT TO AND RENEWED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL PREVIOUSLY FILED ON MARCH 22, 2016**

Comes now, Joel F. Hansen, counsel for Cliven Bundy, and files this supplement with the Court regarding the government's position on Larry Klayman's pro hac vice application.

The government previously represented that it would not file any pleading in response to the pro hac vice application of attorney Larry Klayman and thus the undersigned counsel understood this to

. . . .

. . . .

. . . .

. . . .

. . . .

mean that it thus does not oppose the application.

DATED this 8th day of April, 2016

BY: /s/ Joel F. Hansen<br>
JOEL F. HANSEN, ESQ.<br>
Nevada Bar # 1876<br>
1835 Village Center Circle<br>
Las Vegas, NV 89134<br>
Attorney for Defendant

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5 (b), I hereby certify that on this 8th day of April, 2016, I served a copy of the foregoing **SUPPLEMENT TO PRO HAC VICE PETITIONER'S AND APPLICANT'S COMPLIANCE WITH COURT ORDER OF APRIL 2, 2016 AND SUPPLEMENT TO AND RENEWED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL PREVIOUSLY FILED ON MARCH 22, 2016** as follows:

X   Electronic Service - via the Court's electronic service system; and/or

☐   U.S. Mail – By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

☐   Facsimile – By facsimile transmission pursuant to EDCR 7.26 to the facsimile number(s) shown below and in the confirmation sheet filed herewith. Consent to service under NRCP 5(b)(2)(D) shall be assumed unless an objection to service by facsimile transmission is made in writing and sent to the sender via facsimile within 24 hours of receipt of this Certificate of Service; and/or

☐   Hand Delivery – By hand - delivery to the address listed below.

DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAH
Special Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101

/s/ Lisa M. Sabin<br>
An Employee of HANSEN ◊ RASMUSSEN