JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
HANSEN RASMUSSEN, LLC
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone:  (702) 385-5533
Facsimile: (702) 382-8891
joelh@hrnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   2:16-cr-00046–GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| CLIVEN D. BUNDY, et al, | ) | |
| Defendants | ) | |

**SECOND SUPPLEMENT TO PRO HAC VICE RE PETITIONER'S AND APPLICANT'S COMPLIANCE WITH COURT ORDER OF APRIL 2, 2016 AND SUPPLEMENT TO AND RENEWED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL PREVIOUSLY FILED ON MARCH 22, 2016**

The undersigned counsel hereby again supplements Pro Hac Vice application of Attorney Larry Klayman with the resume of renowned expert ethics Professor Ronald Rotunda, which was inadvertently left off the prior filing.  The prior filing stated that the expert report of Dr. Rotunda was being submitted as an attachment to Exhibit 2, which was Dr. Rotunda's expert opinion that Mr. Klayman had not committed any ethical violation before the District of Columbia Board of Professional Responsibility.  This proceeding is still pending.  In addition, the prior filing contains a written brief as Exhibit 1 to that filing, referencing Dr. Rotunda's sworn testimony in which he also opined that Mr. Klayman had committed no ethical violation.   The resume which is being submitted herewith underscores Dr. Rotunda's impressive qualifications to render this expert opinion.

1  Further, the undersigned counsel is attaching a recent Las Vegas Review Journal report of April 8, 2016, which raises significant concerns. See Exhibit 3. It shows that Senate Minority leader Harry Reid, through his nationally televised statements on the Senate floor, is seeking to prejudice this criminal proceeding by branding my client Cliven Bundy, and his family, domestic terrorists, and, by implication, that they should spend the rest of their lives in federal prison. In this regard, Cliven Bundy is now in solitary confinement and has been denied bail pending appeal to this Court. Senator Reid, on the Senate floor, proclaimed that "Cliven Bundy is where he should be–in jail." Further, Senator Reid called Cliven Bundy an "outrageous lawbreaker."

As it has been reported that Senator Harry Reid recommended this Court's appointment to the bench to President Obama, and because President Obama has previously attacked and mocked Cliven Bundy in a nationally televised White House Correspondents' Dinner, see https://www.youtube.com/watch?v=rveNp7f57H, undersigned Counsel, with complete respect to this Court, requests that the Court address these concerns at an appropriate time.

DATED this 12th day of April, 2016.

Respectfully submitted,

BY: /s/ Joel F. Hansen
JOEL F. HANSEN, ESQ.
Nevada Bar # 1876
1835 Village Center Circle
Las Vegas, NV 89134
Attorney for Defendant

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5 (b), I hereby certify that on this 12th day of April, 2016, I served a copy of the foregoing SECOND SUPPLEMENT TO PRO HAC VICE RE PETITIONER'S AND APPLICANT'S COMPLIANCE WITH COURT ORDER OF APRIL 2, 2016 AND SUPPLEMENT TO AND RENEWED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL PREVIOUSLY FILED ON MARCH 22, 2016 as follows:

X     Electronic Service - via the Court's electronic service system; and/or

☐     U.S. Mail – By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

☐     Facsimile – By facsimile transmission pursuant to EDCR 7.26 to the facsimile number(s) shown below and in the confirmation sheet filed herewith. Consent to service under NRCP 5(b)(2)(D) shall be assumed unless an objection to service by facsimile transmission is made in writing and sent to the sender via facsimile within 24 hours of receipt of this Certificate of Service; and/or

☐     Hand Delivery – By hand - delivery to the address listed below.

DANIEL G. BOGDEN  
United States Attorney  
STEVEN W. MYHRE  
NICHOLAS D. DICKINSON  
Assistant United States Attorneys  
NADIA J. AHMED  
ERIN M. CREEGAH  
Special Assistant United States Attorneys  
333 Las Vegas Blvd. South, Suite 5000  
Las Vegas, NV 89101

                                                                   /s/ Lisa Sabin  
                                                    An Employee of HANSEN ◊ RASMUSSEN

LAW OFFICES  
HANSEN RASMUSSEN, LLC  
1835 Village Center Circle  
Las Vegas, Nevada 89134  
Telephone: (702) 385-5533  
Facsimile: (702) 382-8891