# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BLAINE COOPER, ) <br> ) <br> Defendant. ) | Case No. 2:16-cr-00046-GMN-PAL <br><br> **ORDER** |

This matter is before the Court on Defendant Blaine Cooper's Motion for Defendant to Appear at Arraignment by Way of Video Conference (#237), filed on April 12, 2016.  The motion was filed at 4:39 P.M. PDT.

Defendant is scheduled to be transported from Oregon with other Defendants charged in this case to appear for arraignment in this District on April 15, 2016.  Defendant has been on notice for some time of the order entered by the District Court for the District of Oregon that he and the other Defendants be transported to the District of Nevada for initial appearance and arraignment.  Defendant's motion is therefore untimely.  In addition, the Court has scheduled an April 22, 2016 hearing to determine whether this case should be designated complex at which all Defendants who have made an appearance shall be present.  *Order (#237)*.  Defendant's presence in this District for that hearing is therefore also required.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Blaine Cooper's Motion for Defendant to Appear at Arraignment by Way of Video Conference (#237) is **denied**.

DATED this 13th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge for
Magistrate Judge Peggy Leen