DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6296

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 2:16-CR-00046-GMN-PAL |
| | ) |
| v. | ) **NOTICE OF CHANGE OF ADDRESS** |
| | ) |
| CLIVEN D. BUNDY, | ) |
| RYAN C. BUNDY, | ) |
| AMMON E. BUNDY, | ) |
| RYAN W. PAYNE, | ) |
| PETER T. SANTILLI, Jr., | ) |
| MEL D. BUNDY, | ) |
| DAVID H. BUNDY, | ) |
| BRIAN D. CAVALIER, | ) |
| BLAINE COOPER, | ) |
| GERALD A. DELEMUS, | ) |
| ERIC J. PARKER, | ) |
| O. SCOTT DREXLER, | ) |
| RICKY R. LOVELIEN, | ) |
| STEVEN A. STEWART, | ) |
| TODD C. ENGEL, | ) |
| GREGORY P. BURLESON, | ) |
| JOSEPH D. O'SHAUGHNESSY, | ) |
| MICAH L. McGUIRE, and | ) |
| JASON D. WOODS, | ) |
| | ) |
| Defendants. | ) |

/////

**PLEASE TAKE NOTICE:** Pursuant to Local Rule 5005(d)(1), the Government hereby submits this notification that the physical and mailing address for the United States Attorney's Office for the District of Nevada has changed. Any and all future communications should be addressed to:

> United States Attorney's Office
> District of Nevada
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

There is no change to telephone and fax numbers or email addresses.

This change is effective immediately.

DATED this 13th day of April, 2016.

Respectfully,

DANIEL G. BOGDEN
United States Attorney


  /s/ Steven W. Myhre
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys

Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **Notice of Change of Address** was served upon counsel of record, via Electronic Case Filing (ECF).

Dated this 13th day of April, 2016.

/s/ Mamie A. Ott
MAMIE A. OTT
Legal Assistant