ANGELA H. DOWS, ESQ.
PREMIER LEGAL GROUP
Nevada State Bar No. 010339
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
E-Mail:  adows@premierlegalgroup.com
Attorney for Defendant Ryan C. Bundy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00046-GMN-PAL |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR *FARETTA* CANVASS OF RYAN BUNDY FOR WAIVER OF RIGHT TO COUNSEL** |
| RYAN C. BUNDY, | ) | |
| Defendant. | ) | |

    Defendant RYAN C. BUNDY, by and through his anticipated appointed counsel, Angela H. Dows, Esq., hereby requests that he, Mr. Ryan Bundy, be allowed to represent himself in the matter following a *Faretta* canvass, with instant counsel to be appointed as standby counsel.

    This Motion is brought before the Court pursuant to Local Rule 1A 10-6, Rule 44(a) of the Federal Rules of Criminal Procedure, the Pleadings and Papers currently on file in the case, as well as any further representations of counsel as the Court may request.

    Dated this 15th day of April, 2016.

Respectfully submitted,
/s/ Angela H. Dows
ANGELA H. DOWS, ESQ.
1333 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Attorney for Defendant RYAN C. BUNDY

The *Sixth Amendment* guarantees a defendant a right to counsel, as well as the right to waive the right to counsel, and represent himself without counsel. *Faretta v. California*, 422 U.S. 806, 820 (1975). A defendant's decision to waive legal counsel and instead represent himself is valid only if the request is "timely, not for the purposes of delay, unequivocal, and knowing and intelligent." *United States v. Arlt*, 41 F.3d 516, 519 (9th Cir. 1994). A defendant has a Constitutional right to represent himself when he is "made aware of the dangers and disadvantages of self-representation, so that the record will establish that he knows what he is doing and his choice is made with eyes open." *Faretta,* 422 U.S. at 835. *Faretta*'s three factor test is the way of insuring that the defendant understands: (1) the nature of the charges against him, (2) the possible penalties, and (3) the "dangers and disadvantages of self-representation." *Erskine*, 355 F.3d at 1167 (quoting *United States v. Balough*, 820 F.2d 1485, 1487 (9th Cir. 1987)).

In this case, instant counsel respectfully requests that Mr. Ryan Bundy be allowed the opportunity to be canvassed about the "dangers and disadvantages of self-representation" pursuant to 18 U.S.C., § 3006A(b), Fed. R. Crim. P. 44(a), and *Faretta v. California*, 422 U.S. 806 (1975). In support of this assertion, but without waiving Mr. Ryan Bundy's right to be canvassed thoroughly in the instant proceeding, Mr. Ryan Bundy has been allowed to represent himself in an Oregon federal case (*United States v. Bundy, et al*., U.S. District Court (Oregon) Case No. 3:16-cr-00051-BR-5), a case which this Court has likely been made aware. Mr. Ryan Bundy's signed waiver of right to counsel in the Oregon case is attached hereto as **Exhibit A**.

If it is determined that Mr. Ryan Bundy will be allowed his right to self-representation in the instant proceeding, instant counsel also requests that there be some initial clarification given as to the scope of the standby representation, for example whether standby counsel will be acting as an advisor versus, for example, acting as the client's "ghostwriter" for briefs or the like.

## CONCLUSION

Wherefore, it is respectfully submitted that Mr. Ryan C. Bundy be allowed to represent himself following a *Faretta* canvass, with instant counsel to be appointed as standby counsel.

Respectfully submitted,

/s/ Angela H. Dows
_____
ANGELA H. DOWS, ESQ.
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Attorney for Defendant Ryan C. Bundy
Dated: April 15, 2016.

## CERTIFICATE OF SERVICE

The undersigned hereby affirms that a copy of the foregoing:

MOTION FOR *FARETTA* CANVASS
OF RYAN BUNDY FOR WAIVER OF RIGHT TO COUNSEL

has been served on all counsel of record as listed below, via electronic transmission, pursuant to local Order, as follows:

Daniel G. Bogden, United States Attorney
Steven W. Myhre, Assistant United States Attorney
Nicholas D. Dickinson, Assistant United States Attorney
Nadia J. Ahmed, Special Assistant United States Attorney
Erin M. Creegan, Special Assistant United States Attorney
Counsel for Plaintiff United States of America

DATED this 15th day of April, 2016.

___/s/_____
ANGELA H. DOWS, ESQ.