1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 13225
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, NV 89102
   Ph: (702) 385-1954
5  Fax: (702) 385-9081
   *Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-cR-00046-GMN-PAL |
| Plaintiff, | |
| v. | |
| BUNDY, et al | |
| Defendant. | |

### SUBSTITUTION OF ATTORNEYS

Defendant, DAVID H. BUNDY, hereby substitutes CAL J. POTTER, III, ESQ, and C. J. POTTER, ESQ, of the law firm POTTER LAW OFFICES, as his attorneys of record in the above-entitled matter in the place and stead of BENJAMIN C. DURHAM, ESQ.

DATED this 15th day of April, 2016.

By: _____
DAVID H. BUNDY

I consent to the above substitution.

DATED this 19 day of April, 2016

DURHAM LAW FIRM

By: _____
BENJAMIN C. DURHAM, ESQ
Nevada Bar No. 007684
601 S. 10th Street
Las Vegas, Nevada 89101

. . .

. . .

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 15th day of April, 2016.

POTTER LAW OFFICES

By_____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Defendant*

## ORDER

The Substitution of attorney is hereby approved and so ORDERED.

DATED this____day of April, 2016

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that pursuant to FRCP 5(b), I did serve at Las Vegas, Nevada on this 19th day of April, 2016 a true and correct copy of **SUBSTITUTION OF ATTORNEYS PURSUANT TO FRCP 56(d)** on all parties to this action via CM/ECF system addressed as follows:

Benjamin C. Durham
Cofer, Geller & Durham
601 S. 10th Street
Las Vegas, Nevada 89101

Joel F. Hansen
Hansen Rasmussen
1835 Village Center Circle
Las Vegas, Nevada 89134
*Attorney for Cliven Bundy*

Ryan Norwood
William C. Carrico
Rene Villadares
Federal Public Defenders Office
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Ryan Payne*

Joshua Tomsheck
Hofland & Tomsheck
228 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Peter T. Santilli, Jr.*

Lucas Gaffney
Oronoz, Ericsson & Gaffney LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Attorney for Melvin Bundy*

Brian James Smith
Law Office of Brian J. Smith, Ltd.
9525 Hillwood Drive, Ste. 190
Las Vegas, Nevada 89134
*Attorney for Gerald A. Delemus*

Jess R. Marchese
Law Office of Jess R. Marchese
601 South Las Vegas Blvd.
Las Vegas, Nevada 89101
*Attorney for Eric J. Parker*

3

Craig W. Drummond
Drummond Law Firm
228 South Forth Street First Floor
Las Vegas, Nevada 89101
*Attorney for O. Scott Drexler*

Shawn R. Perez
Law Office of Shawn R. Perez
626 South Third Street
Las Vegas, Nevada 89101
*Attorney for Richard R. Lovelien*

Richard E. Tanasi
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorney for Steven A. Stewart*

Julian R. Gregory
Law Office of Julian Gregory
324 S. 3rd Street, Ste. 200
Las Vegas, Nevada 89101
*Attorney for Todd C. Engel*

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, Nevada 89101
*Attorney for Gregory P. Burleson*

Andrea Lee Luem
Law Office of Andrea L. Luem
499 South 4th Street, Ste. 280
Las Vegas, Nevada 89101
*Attorney for Joseph D. O'Shaughnessy*

Chris Arabia
601 S. 10th Street
Las Vegas, Nevada 89101
*Attorney for Micah L. Mcguire*

Kristine M. Kuzemka
Kuzemka Law Group
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Jason D. Woods*

. . .

. . .

. . .

4

Erin M. Creegan, Esq.
Nadia Janjua Ahmed, Esq.
Nicholas D. Dickinson, Esq.
Daniel Bogden, Esq.
U.S. Attorney's Office
333 Las Vegas Blvd. South Suite 5000
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

_____
An Employee of Potter Law Offices