TERRENCE M. JACKSON, ESQ.
Nevada Bar No. 00854
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
T: 702-386-0001 / F: 702-386-0085
Terry.jackson.esq@gmail.com

*Counsel for Defendant, Gregory P. Burleson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:16-CR-00046-GMN-PAL-16 |
| Plaintiff, ) | |
| v. ) | |
| GREGORY P. BURLESON, ) | |
| Defendant. ) | |

### REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER MAGISTRATE'S DECISION TO DENY PRETRIAL RELEASE [Dkt. 214]

The Government, in their response, relies solely on Magistrate Leen's conclusion the Government has shown by clear and convincing evidence BURLESON "is a danger to the community." (Response, pg. 2) Judge Leen relied on Defendant's past inflammatory statements and totally ignored his present condition.

The Government states in a footnote BURLESON has not provided "much of any evidence" documenting his health issues and prognosis of those issues. (Response, pg. 4) The Defendant's written medical records were not available to counsel on March 21, 2016, because counsel had just been appointed. His counsel did however advise the Magistrate that BURLESON was blind and that he had a seizure disorder. He had verified this information from the Defendant's mother. (See - transcript, 3/21/16 hearing, p. 16, 17)

Since the March 21, 2016 hearing, Defendant has completed the necessary HIPPA release forms and is in the process of gathering many of the Defendant's official medical records showing his medical infirmities. (See Exhibit A) A review of these records detail the Defendant's eyesight is so damaged that his eyes are non-functioning. It is doubtful he will ever see again. It is certain he

will never be magically cured while in the Pahrump Detention Center during the next two years awaiting trial.

As a blind, helpless man, he does <u>not present a danger to others</u>. No matter how inflammatory his rhetoric was <u>in the past</u>, keeping him in custody <u>now</u> violates the Bail Reform Act and the Eighth Amendment. Defendant has clearly rebutted any presumption he should be locked up for years awaiting trial by showing without doubt his medical condition prevents him from causing harm to others.

DATED this 19th day of April, 2016.

                  */s/ Terrence M. Jackson*
Terrence M. Jackson, Esquire
Nevada Bar No.: 00854
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
T: 702-386-0001 / F: 702-386-0085
terry.jackson.esq@gmail.com
Counsel for Defendant, *Gregory P. Burleson*

<u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

I hereby certify that service of the above entitled <u>REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER MAGISTRATE'S DECISION TO DENY PRETRIAL RELEASE</u> was made this 19TH day of April, 2016, upon the parties in this action by CM/ECF (electronic filing) as follows:

DANIEL G. BOGDEN
United States Attorney

NICHOLAS D. DICKINSON
STEVEN W. MYHRE
Assistant United States Attorneys

NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys

By:    */s/  Ila C. Wills*
Legal Assistant to Terrence M. Jackson