DANIEL J. HILL, ESQ.
NV Bar # 12773
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN LLP
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Tel:   (702) 341-5200
Fax:   (702) 341-5300
DHill@wrslawyers.com
*Attorney for Defendant Ammon E. Bundy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMMON E. BUNDY, *et al.*,<br><br>Defendants. | CASE NO.: 2:16-CR-00046-GMN-PAL<br><br>**DEFENDANT AMMON E. BUNDY'S MOTION FOR TWO DAY EXTENSION TO FILE MEMORANDUM REGARDING COMPLEXITY AND MEMORANDUM**<br><br>**Complex Case Hearing:**<br>**April 22, 2016 at 10:00 a.m.** |

This is defendant Ammon E. Bundy's ("Ammon") MOTION FOR TWO DAY EXTENSION TO FILE MEMORANDUM REGARDING COMPLEXITY. Ammon's memorandum regarding complexity is attached as **Exhibit A**.

On March 25, 2016, this Court entered an Order (Doc. 198) setting a hearing to determine this case's complexity for April 22, 2016. On that same date, this Court also ordered the defendants, in the event they could not agree with the government on a case setting, to file points and authorities in support of their position by April 18, 2016. *See* Order, Doc. 198. Undersigned counsel was appointed on this case on April 15, 2016, three days before that filing deadline. *See* Order Appointing Counsel, Doc. 260. Undersigned counsel has spent the last three days familiarizing himself with the voluminous docket in this matter and preparing for Ammon's detention hearing, currently scheduled for the same date as the date of this motion.

1     Accordingly, Ammon respectfully requests this Court to permit a two-day extension of time to file his memorandum regarding the complexity of this case, up to and including April 20, 2016, and to file the memorandum attached to this motion as **(Exhibit A)**.

    Respectfully submitted this 20th day of April 2016.

        **WOLF, RIFKIN, SHAPIRO,**
        **SCHULMAN & RABKIN, LLP**

        By: */s/ Daniel Hill*
        DANIEL HILL, ESQ.
        Nevada Bar No. 12773
        3556 E. Russell Road, Second Floor
        Las Vegas, Nevada 89120
        *Attorney for Defendant Ammon E. Bundy*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April 2016, a true and correct copy of **DEFENDANT AMMON E. BUNDY'S MOTION FOR TWO DAY EXTENSION TO FILE MEMORANDUM REGARDING COMPLEXITY AND MEMORANDUM** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Finley*
Jennifer Finley, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

3