RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Ryan Payne

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-046-GMN-PAL-4 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| RYAN PAYNE, | |
| Defendant. | |

  Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Shari L. Kaufman will serve as counsel for the above captioned defendant.

  Counsel's address is as follows:

    Federal Public Defender
    411 E. Bonneville Ave., Suite 250
    Las Vegas, Nevada 89101

  DATED this 21st day of April, 2016.

             RENE L. VALLADARES
             Federal Public Defender

        By: */s/ Shari L. Kaufman*

             SHARI L. KAUFMAN
             Assistant Federal Public Defender
             Attorney for Ryan Payne

1

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

2

 The undersigned hereby certifies that he is an employee of the Federal Public Defender

3

for the District of Nevada and is a person of such age and discretion as to be competent to serve

4

papers.

5

 That on April 21, 2016, he served an electronic copy of the above and foregoing

6

**<u>NOTICE OF APPEARANCE</u>** by electronic service (ECF) to the person named below:

7

8

 DANIEL G. BOGDEN
 United States Attorney

9

 ERIN M. CREEGAN
 Assistant United States Attorney

10

 NADIA JANJUA AHMEN
 Assistant United States Attorney

11

 NICHOLAS DICKINSON
 Assistant United States Attorney

12

 STEVEN MYHRE
 Assistant United States Attorney

13

 501 Las Vegas Blvd. South
 Suite 1100

14

 Las Vegas, NV 89101

15

 */s/ Brandon Thomas*

16

 Employee of the Federal Public Defender

17

18

19

20

21

22

23

24

25

26

2