RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Ryan W. Payne

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN W. PAYNE, <br><br> Defendant. | 2:16-cr-046-GMN-PAL <br><br> **DEFENDANT RYAN W. PAYNE'S EMERGENCY MOTION TO STAY TRANSPORT TO OREGON PENDING ADJUDICATION OF MOTION TO DISMISS (ECF 291)** |

**Certification**: This Motion is timely filed.

Defendant RYAN W. PAYNE, through his counsel, SHARI L. KAUFMAN, WILLIAM CARRICO and RYAN NORWOOD, Assistant Federal Public Defenders, respectfully submits this motion on an emergency basis requesting that the Court stay Mr. Payne's transport and return to the District of Oregon until the parties have fully briefed, and this Court has adjudicated, Mr. Payne's pending motion to dismiss, *see* ECF #291, attached as Exhibit A. Mr. Payne filed his motion to dismiss with this Court on April 20, 2016. It is anticipated this Court will, in accordance

1  with the writ of habeas corpus ad prosequendum issued March 2, 2016, order Mr. Payne to be
2  returned to the District of Oregon proceedings in *United States v. Payne*, D. Or., Case No. 3:16-
3  cr-00051-BR-4, where he has been ordered detained.  *See* ECF 50.  However, in light of the
4  important constitutional issues and discovery requests set forth in Mr. Payne's motion to dismiss,
5  undersigned counsel request that Mr. Payne remain in the District of Nevada until these matters
6  are resolved.

7  DATED this 21st day of April, 2016.

8  RENE VALLADARES
   Federal Public Defender

9

10  By: */s/ Shari L. Kaufman*
    SHARI L. KAUFMAN
    Assistant Federal Public Defender

11

12  By: */s/ William Carrico*
    WILLIAM CARRICO
    Assistant Federal Public Defender

13

14  By: */s/ Ryan Norwood*
    RYAN NORWOOD
    Assistant Federal Public Defender

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on April 21, 2016, she served an electronic copy of the above and foregoing **DEFENDANT RYAN W. PAYNE'S EMERGENCY MOTION TO STAY TRANSPORT TO OREGON PENDING ADJUDICATION OF MOTION TO DISMISS (ECF 291)** by electronic service (ECF) to the person named below:

>   DANIEL G. BOGDEN
>   United States Attorney
>   ERIN M. CREEGAN
>   Assistant United States Attorney
>   NADIA JANJUA AHMEN
>   Assistant United States Attorney
>   NICHOLAS DICKINSON
>   Assistant United States Attorney
>   STEVEN MYHRE
>   Assistant United States Attorney
>   501 Las Vegas Blvd. South
>   Suite 1100
>   Las Vegas, NV 89101

>           */s/ Karen Meyer*
>           Employee of the Federal Public Defender

3