JESS R. MARCHESE, ESQ.
Nevada Bar # 8175
601 S. Las Vegas Blvd.
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant
ERIC PARKER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:16-cr-046-GMN-PAL |
| Plaintiff,) | |
| ) | |
| v. ) | |
| ) | |
| ERIC PARKER, ) | **DEFENDANT'S JOINDER TO MOTION** |
| ) | |
| Defendant.) | **(#290)** |
| ) | |

### DEFENDANT'S JOINDER TO MOTION #290

**COMES NOW** the defendant, **ERIC PARKER**, by and through his attorney of record, **JESS R. MARCHESE, ESQ.**, and hereby files this Joinder to Opposition to Complex Case Designation.

**DATED** this 22nd day of April, 2016.

                                                         /S/ Jess R. Marchese
                                                      **JESS R. MARCHESE, ESQ.**
                                                      Nevada Bar No. 8175
                                                      601 Las Vegas Blvd. South
                                                      Las Vegas, Nevada 89101
                                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the MARCHESE LAW OFFICES, and that on the 22nd day of April 2016, I served a copy of the foregoing: <u>DEFENDANT'S JOINDER</u> via the CM/ECF system upon the following.

**Government Counsel**:

Mr. Steven Mhyre, Esq.
Mr. Nicholas Dickinson, Esq.
Ms. Nadia Ahmed, Esq.
Ms. Erin Creegan, Esq.

                                          /s/                        .
*an employee of Marchese Law Offices*