**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada  89134
(702) 385-5533
joelh@hrnvlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY, et al,<br><br>Defendants | CASE NO.     2:16-cr-00046–GMN-PAL |

**DEFENDANT CLIVEN BUNDY'S BENCH BRIEF CONCERNING LEGAL CONSEQUENCES OF THE COURT'S DENIAL OF RIGHT OF COUNSEL AND FORCED DENIAL OF SPEEDY TRIAL PURSUANT TO SIXTH AMENDMENT OF THE CONSTITUTION AS WELL AS DENIAL OF HIS RIGHTS OF DUE PROCESS OF LAW UNDER THE FIFTH AMENDMENT**

Defendant Cliven Bundy hereby puts the Magistrate Judge on notice that he will be moving to have the superceding indictment dismissed in part on the grounds that the Honorable Gloria Navarro's non-meritorious denial of Attorney Larry Klayman' Application for Pro Hac Vice status before this Court has caused Defendant Cliven to forfeit his Constitutional and Statutory Right to a Speedy Trial. The following cases stand for the black letter legal principal that a criminal defendant has a nearly absolute right to choose his counsel, even when there is already local counsel in the case.  Here, Defendant Bundy intended to be represented by two lawyers, given the complexity of this case.

*United States v. Gonzalez-Lopez*, 548 U.S. 140, 142 (U.S. 2006): This Supreme Court case addresses the right to have more than one counsel of choice, particularly in a complicated case such as this one.  The case is closely analogous to the facts of the Bundy case. Defendant retained a counsel of choice (local Missouri counsel Dickhaus) and wanted Attorney Low to come in *pro hac vice* as well.

/ / /

The lower court improperly denied Low's PHV and on appeal the Supreme Court found that Defendant was denied sixth amendment right to choice of counsel and vacated the conviction. See also *United States v. Walters*, 309 F.3d 589, 591 (9th Cir. Cal. 2002); *United States v. Panzardi Alvarez*, 816 F.2d 813, 815 (1st Cir. P.R. 1987).

This denial to allow Mr. Klayman into this case Pro Hac Vice is causing the involuntary forfeiture of Defendant Bundy's right to a speedy trial. His lone counsel, Mr. Hansen, does not have the resources to defend him. As the government claims, the case is complex, and while the government has unlimited resources, Mr. Hansen does not.

The following cases stand for the proposition that denial of the right to a speedy trial will result in dismissal of the indictment. The Fifth Amendment guarantees that defendants will not be denied due process as a result of excessive preindictment delay." *United States v. Sherlock*, 962 F.2d 1349, 1353 (9th Cir.1989). In this case, the government delayed 22 months before bringing the indictment. Furthermore, the Court created indefinite delay in not allowing Attorney Klayman into this case is causing further and fatal prejudice to Defendant Bundy's right to a speedy trial. *Barker v. Wingo*, 407 U.S. 514, 530, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972).

There are a myriad of other cases supporting these legal standards and propositions which will be fully briefed in subsequent pleadings. Further, Defense Counsel for Mr. Bundy will be filing a Motion to Disqualify Judge Navarro on the basis of extra judicial bias and prejudice, particularly given the unfounded and outrageous attacks on Mr. Bundy and his family by Senator Harry Reid and President Obama, the people behind the nomination and appointment of Judge Navarro. Harry Reid has called Cliven Bundy a domestic terrorist and suggested that he should be imprisoned for life. President Obama has openly mocked and attacked Defendant Bundy at a White House Correspondents' dinner.

As the indictment is likely to be dismissed under these circumstances, there are compelling reasons to grant bail to Defendant Bundy, currently being held in solitary confinement in indefinite detention. An objection to the Magistrate's Detention Order is currently before Judge Navarro, which

/ / /

/ / /

/ / /

is an additional reason why she should be disqualified forthwith before further damage is done to Mr. Bundy and his family.

DATED this 22nd day of April, 2016.

Respectfully submitted,

BY: /s/ Joel F. Hansen
JOEL F. HANSEN, ESQ.
Nevada Bar # 1876
1835 Village Center Circle
Las Vegas, NV 89134
*Attorney for Cliven Bundy*

| | |
|---|---|
|1| **CERTIFICATE OF SERVICE** |

2   Pursuant to NRCP 5 (b), I hereby certify that on this 22nd day of April, 2016, I served a copy of the foregoing DEFENDANT CLIVEN BUNDY'S BENCH BRIEF CONCERNING LEGAL
3   CONSEQUENCES OF THE COURT'S DENIAL OF RIGHT OF COUNSEL AND FORCED DENIAL OF SPEEDY TRIAL PURSUANT TO SIXTH AMENDMENT OF THE
4   CONSTITUTION AS WELL AS DENIAL OF HIS RIGHTS OF DUE PROCESS OF LAW UNDER THE FIFTH AMENDMENT  as follows:

    X    Electronic Service - via the Court's electronic service system; and/or

    ☐    U.S. Mail – By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

    ☐    Facsimile – By facsimile transmission pursuant to EDCR 7.26 to the facsimile number(s) shown below and in the confirmation sheet filed herewith. Consent to service under NRCP 5(b)(2)(D) shall be assumed unless an objection to service by facsimile transmission is made in writing and sent to the sender via facsimile within 24 hours of receipt of this Certificate of Service; and/or

    ☐    Hand Delivery – By hand - delivery to the address listed below.

Ryan Norwood
William C. Carrico
Rene Villadares
Federal Public Defenders Office
411 E. Bonneville Ave.
Las Vegas, NV  89101
*Attorneys for Ryan Payne*

Joshua Tomsheck
Hofland & Tomsheck
228 S. Fourth Street
Las Vegas, NV  89101
*Attorney for Peter T. Santilli, Jr.*

Lucas Gaffney
Oronoz, Ericson & Gaffney LLC
1050 Indigo Drive, Suite 120
Las Vegas, NV  89145
*Attorney for Melvin Bundy*

Brian James Smith
Law Office of Brian J. Smith, Ltd.
9525 Hillwood Dr., Ste. 190
Las Vegas, NV  89134
*Attorney for Gerald A. Delemus*

Jess R. Marchese
Law Office of Jess R. Marchese
601 South Las Vegas Blvd.
Las Vegas, NV  89101
*Attorney for Eric J. Parker*

1  Craig W. Drummond
   Drummond Law Firm
2  228 S. Fourth Street, 1st Flr.
   Las Vegas, NV  89101
3  *Attorney for O. Scott Drexler*

4  Shawn R. Perez
   Law Office of Shawn R. Perez
5  626 South Third Street
   Las Vegas, NV  89101
6  *Attorney for Richard R. Lovelien*

7  Richard E. Tanasi
   601 South Seventh Street, 2nd Floor
8  Las Vegas, NV  89101
   *Attorney for Steven A. Stewart*
9
   Julian R. Gregory
10 Law Office of Julian Gregory
   324 S. 3rd Street, Ste. 200
11 Las Vegas, NV 89101
   *Attorney for Todd C. Engel*
12
   Terrence M. Jackson
13 Law Office of Terrence M. Jackson
   624 South Ninth Street
14 Las Vegas, NV  89101
   *Attorney for Gregory P. Burleson*
15
   Andrea Lee Luem
16 Law Office of Andrea L. Luem
   499 South 4th Street, Ste. 280
17 Las Vegas, NV  89101
   *Attorney for Joseph D.O'Shaughnessy*
18
   Chris Arabia
19 601 S. 10th Street
   Las Vegas, NV  89101
20 *Attorney for Micha L. McGuire*

21 Kristine M. Kuzemka
   Kuzemka Law Group
22 9345 W. Sunset Road, Ste 100
   Las Vegas, NV  89148
23 *Attorney for Jason D. Woods*

24 Cal J. Potter, III, Esq.
   C.J. Potter, IV, Esq.
25 POTTER LAW OFFICES
   1125 Shadow Lane
26 Las Vegas, NV  89102
   *Attorneys for David H. Bundy*
27

28

1 | Erin M. Creegan, Esq.
Nadia Janjua Ahmed, Esq.
2 | Nicholas D. Dickinson, Esq.
Daniel Bogden, Esq.
3 | U.S. Attorney's Office
333 Las Vegas Blvd. South, Ste. 5000
4 | Las Vegas, NV  89101
*Attorneys for Plaintiff*

/s/ Lisa Sabin
An Employee of HANSEN ◊ RASMUSSEN