UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>CLIVEN D. BUNDY, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER |

The court conducted a scheduling and case management conference on April 22, 2016. All nineteen defendants and their counsel were present. Defendant Ryan Bundy represents himself, but was present with standby counsel, Angela Dows.

The court considered the parties' Proposed Complex Case Schedule (Dkt. #270), Defendant Ryan Payne's Proposed Alternative Scheduling Statement (Dkt. #269), Defendant Ammon Bundy's Memorandum in Opposition to Complex Designation (Dkt. #290), Defendant Payne's Joinder to Defendant Ammon Bundy's Memorandum (Dkt. #294), Defendant Dave Bundy's Joinder in Defendant Ammon's Bundy's Memorandum Regarding Complexity (Dkt. #296), Defendant Peter Santilli's Motion for Joinder to Docket 290 (Dkt. #304), Defendant Cliven Bundy's Joinder to Defendant Ammon Bundy's Memorandum (Dkt. #307), and the arguments of all counsel who asked to heard, and Ryan Bundy. After hearing from the parties, the court took the matter under advisement indicating a written order and case management schedule would be entered.

The trial date in this case is currently set for May 2, 2016, with a calendar call on Monday, April 25, 2016, at 9:00 a.m. Thirteen of the nineteen defendants initially agreed the case should be designated as complex, the May 2, 2016 trial date should be vacated, and that the court should enter a complex case management schedule setting a trial date in February 2017.

1 The agreement of thirteen of the nineteen Defendants was memorialized in a Proposed Complex Case Schedule (Dkt. #270) filed April 18, 2016.  During the hearing, some, but not all, of the thirteen Defendants who agreed the case should be designated as complex and a complex case management schedule entered, have reconsidered their position. A number of Defendants, Ryan Bundy, Ammon Bundy, Ryan Payne, Brian Cavalier and Blaine Cooper did not appear for initial appearance and arraignment and plea until April 15, 2016.  Counsel for Payne requested that the court set a trial date within the standard Speedy Trial Act limit or leave the current trial date in place.  Counsel for Ammon Bundy requested that the court set a trial date 70 days from his arraignment on April 15, 2016.  Ryan Bundy asked that his 6th Amendment right to a speedy trial be protected.

The court is preparing an order memorializing the parties' positions which will decide the parties' differing views on the time needed to prepare for trial and an appropriate trial date and will enter a case management schedule resetting the trial date.   However, as the calendar call is on Monday, none of the Defendants have received any discovery, multiple defendants were just arraigned, and all of the Defendants are joined for trial, the current trial date and calendar call will be vacated.

**IT IS ORDERED** the May 2, 2016 trial date and April 25, 2016 calendar call are **VACATED.**

DATED this 22nd day of April, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE