1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No. 07149
2  RASMUSSEN & KANG, LLC.
3  330 South Third Street, Suite 1010
   Las Vegas, Nevada 89101
4  (702) 464-6007

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | 2:16-cr-00046-GMN-PAL |
| ) v. ) | |
| PETER SANTILLI, ) ) Defendant. ) | |
| _____) | |

## EXPARTE MOTION FOR AN ORDER ALLOWING PARALEGAL FRANK SZCZAPA TO HAVE CONTACT VISITATION

Comes Now, Defendant PETER SANTILLI, by and through his counsel Chris T. Rasmussen, Esq., and submits the following ex parte motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Santilli is in custody at Henderson Detention Center.  The government will be disclosing hundreds of hours of video.

We are requesting that Frank Szczapa be allowed contact visitation to review discovery with Defendant.  The review of discovery with Defendant should allow for a

1  more smooth discovery process.

3         DATED this 22nd day of April, 2016.

8  /S/ Chris T. Rasmussen, Esq.
   _____
9  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No. 07149
10 330 South Third Street, Suite 1010
   Las Vegas, Nevada 89101
11 (702) 464-6007
   Attorney for Defendant

20 .