DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **EX PARTE** |
| v. | 2:16-CR-00046-GMN-PAL |
| CLIVEN D. BUNDY, RYAN C. BUNDY, AMMON E. BUNDY, RYAN W. PAYNE, PETER T. SANTILLI, MEL D. BUNDY, DAVE H. BUNDY, BRIAN D. CAVALIER, BLAINE COOPER, GERALD A. DELEMUS, ERIC J. PARKER, O. SCOTT DREXLER, RICKY R. LOVELIEN, STEVEN A. STEWART, TODD C. ENGEL, GREGORY P. BURLESON, JOSEPH D. O'SHAUGHNESSY, MICAH L. McGUIRE, and JASON D. WOODS, | **ORDER ON GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANTS** |
| Defendants. | |

1  This matter coming on the Government's Ex Parte Motion to Unseal Search
2  Warrants, the premises therein having been considered, and good cause showing,
3  the Motion is hereby **GRANTED**.
4  **IT IS HEREBY ORDERED** that the following Search Warrants,
5  Applications, Sealing Orders, and Affidavits shall be, and are, unsealed.

| Case No.: | In Re: |
|---|---|
| 2:14-mj-00282-PAL | Cellular Telephone Assigned Call Number (406) 560-2504 with Electronic Serial Number 9900033768456000 and the Records of the Service Provider, Verizon Wireless |
| 2:14-mj-472-CWH | Facebook Account of Gregory Burleson ID #100001533109060 |
| 2:14-mj-473-CWH | Facebook Account of Steven Stewart ID #100002351088023 |
| 2:14-mj-483-GWF | Facebook Account of Orville Scott Drexler ID #1053920835 |
| 2:14-mj-484-GWF | Facebook Account of Eric James Parker ID #100002236361895 |
| 2:14-mj-0404-NJK | Gmail Account for OperationMutualAid.com & RyPayne1@gmail.com |
| 2:14-mj-0406-NJK | Facebook Accounts for: Jerry Bruckhart ID #820446036; Ryan Payne ID #100007711530105; Ricky Lovelien ID #1133355105; James Lardy ID #100000193468350; NWMTDF ID #31604055852359 |
| 2:15-mj-0001-NJK | Facebook Account of David Bundy ID #1485584135 |
| 2:15-mj-00072-NJK | Facebook Account of Carol Bundy ID #1404640232 |
| 2:15-mj-229-GWF | Facebook Account of Carol Bundy ID #100001404640232 |
| 2:15-mj-231-GWF | Facebook Account of Dave H. Bundy ID #1485584135 |
| 2:15-mj-00288-NJK | Facebook Account of Bailey Bundy Logue ID #530261482 |
| 2:15-mj-00290-NJK | Facebook Account of Bundy Ranch ID #623383454405133 |
| 2:15-mj-378-GWF | Facebook Account of Brian Cavalier ID #100003004131946 |
| 2:15-mj-478-GWF | Facebook Account of MICAH McGuire ID #1578889507 |
| 2:15-mj-00788-NJK | Facebook Account Blaine Cooper ID #10000258440114 |

| | |
|---|---|
| 2:15-mj-00789-NJK | Facebook Account of Joe O'Shaughnessy ID #100000554447038 |
| 2:15-mj-00790-NJK | Facebook Account of Blaine Cooper ID #100002585440114 |
| 2:15-mj-811-GWF | Facebook Account of Todd Engel ID #1556130688 |
| 2:15-mj-00961-NJK | Facebook Account of Jerry Delemus ID #100000921905727 |
| 2:15-mj-00962 NJK | Facebook Account of Ammon Bundy ID #1115723640 |
| 2:15-mj-1134-GWF | Facebook Account of Bundy Ranch ID #623383454405133 |
| 2:15-mj-1135-GWF | Gmail Account for RyPayne1@gmail.com |
| 2:15-mj-1136-GWF | Facebook Account of Ryan Payne ID #100007711530105 |
| 2:15-mj-1139-GWF | Gmail Account for rancherbundy@gmail.com |
| 2:15-mj-1140-GWF | MSN Email Account of Ammon Bundy aebundy@msn.com |
| 2:16-mj-115-GWF | (14) YouTube Videos of *The Pete Santilli Show* |
| 2:16-mj-116-GWF | Facebook Accounts of Peter T. Santilli ID #1030774817 and Guerilla Media Network ID #422296034548265 |
| 2:16-mj-000223-NJK | Gmail Account for cbundyemails@gmail.com |

This Order extends only to the Search Warrants, Applications, Sealing Orders and Affidavits listed above and only for the limited purpose of effecting the production of pretrial discovery in this case and does not extend to the unsealing of the cases in their entirety.

**DATED** this 29th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE