CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Defendant Dave H. Bundy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                     CASE NO.:    2:16-CR-00046-GMN-PAL

     Plaintiff,

v.

DAVE H. BUNDY, erroneously referred to as
DAVID H. BUNDY, et. al.

     Defendants.
_____/

## SUPPLEMENTAL EXHIBITS TO DAVE H. BUNDY'S

## MOTION TO REOPEN DETENTION HEARING

     COMES NOW the Defendant, DAVE H. BUNDY, erroneously named as DAVID H.

BUNDY by and through his attorneys, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV,

ESQ., and hereby supplements the following letters:

     Exhibit G, Letter from B. B.

     Exhibit H, Letter from D. B.

     Exhibit I, Letter from B. B.

. . .

. . .

. . .

. . .

. . .

. . .

1    Exhibit J, Letter from M. B.

2    Exhibit K, Letter from Sheriff Robert A. Dekker

3    DATED this 3rd day of May, 2016.

4                                              POTTER LAW OFFICES

5                                              By   /s/ Cal J. Potter, III, Esq.
                                               CAL J. POTTER, III, ESQ.
6                                              Nevada Bar No. 1988
                                               C. J. POTTER, IV, ESQ.
7                                              Nevada Bar No. 13225
                                               1125 Shadow Lane
8                                              Las Vegas, Nevada 89102
                                               *Attorneys for Defendant Dave H. Bundy*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that pursuant to FRCP 5(b), I did serve at Las Vegas, Nevada on this 3rd day of May, 2016, a true and correct copy of **SUPPLEMENTAL EXHIBITS TO DAVE H. BUNDY'S MOTION TO REOPEN DETENTION HEARING** on all parties to this action via CM/ECF system addressed as follows:

Joel F. Hansen
HANSEN RASMUSSEN
1835 Village Center Circle
Las Vegas, Nevada 89134
*Attorney for Cliven Bundy*

Ryan Norwood
William C. Carrico
Rene Villadares
Shari Kaufman
FEDERAL PUBLIC DEFENDERS OFFICE
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Ryan Payne*

Chris T. Rasmussen, Esq.
RASMUSSEN & KANG
330 South Third Street, Ste. 1010
Las Vegas, NV 89101
*Attorney for Peter T. Santilli, Jr.*

Lucas Gaffney
ORONOZ, ERICSSON & GAFFNEY LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Attorney for Melvin Bundy*

Brian James Smith
LAW OFFICE OF BRIAN J. SMITH, LTD.
9525 Hillwood Drive, Ste. 190
Las Vegas, Nevada 89134
*Attorney for Gerald A. Delemus*

Jess R. Marchese
LAW OFFICE OF JESS R. MARCHESE
601 South Las Vegas Blvd.
Las Vegas, Nevada 89101
*Attorney for Eric J. Parker*

Craig W. Drummond
DRUMMOND LAW FIRM
228 South Forth Street First Floor
Las Vegas, Nevada 89101
*Attorney for O. Scott Drexler*

Shawn R. Perez
LAW OFFICE OF SHAWN R. PEREZ
626 South Third Street
Las Vegas, Nevada 89101
*Attorney for Richard R. Lovelien*

Richard E. Tanasi
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorney for Steven A. Stewart*

Julian R. Gregory
LAW OFFICE OF JULIAN GREGORY
324 S. 3rd Street, Ste. 200
Las Vegas, Nevada 89101
*Attorney for Todd C. Engel*

Terrence M. Jackson
LAW OFFICE OF TERRENCE M. JACKSON
624 South Ninth Street
Las Vegas, Nevada 89101
*Attorney for Gregory P. Burleson*

Andrea Lee Luem
LAW OFFICE OF ANDREA L. LUEM
499 South 4th Street, Ste. 280
Las Vegas, Nevada 89101
*Attorney for Joseph D. O'Shaughnessy*

Chris Arabia
601 S. 10th Street
Las Vegas, Nevada 89101
*Attorney for Micah L. Mcguire*

Kristine M. Kuzemka
KUZEMKA LAW GROUP
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Jason D. Woods*

Erin M. Creegan, Esq.
Nadia Janjua Ahmed, Esq.
Nicholas D. Dickinson, Esq.
Daniel Bogden, Esq.
U.S. ATTORNEY'S OFFICE
333 Las Vegas Blvd. South Suite 5000
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

/s/ Stacie Comerio
An Employee of Potter Law Offices

4

EXHIBIT G

Dear Judge,

Please let my dad go.  He is a good dad.  He taught me how to work.  I could not be the man that I am

today without him.  He taught me to serve.  He is always trying to help others.  He taught me how to

ride a horse.  He was going to help me train my horse.  We were in the process of building our home.

We were going to go campling on our property.  We were going to put in for the hunt.  We cant do any

of that now that he is sitting in a jail cell.  We cant go camping, ride horses or build a house.   My dad is a

good dad and he has not done anything wrong.  He is always helping people. When someone is trying to

pay him for his help he always says no.  I want my dad home.  He cant take care of us while he is in

there.  Please let him come home.

From,

Redacted - Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108

EXHIBIT H.

Dear Judge,

I want to tell you some good things about my Dad Dave Bundy...he helps me when I am sick or hurt, he helps me with my homework, he taught me how to ride a horse and plant a garden, I miss my dad so much because he use to hold me as I fall asleep and he teaches me about how to grow garden's and how to grow trees, he wouldn't even hurt a fly he is so nice, My Dad is such a good pilot and cunstruction worker but most of all my dad is the best dad and a good man to. The last time I saw my dad was when he dropped me off at school at 6:00 A.M in the morning and that was the last time I saw my dad before he got taken away. My mom is gone alot to try to get my dad home soon. My dad is a really good person and he needs to come home soon. My dad is also a good cook and a good dad and we where just stairting on a new house for our family. My dad need to come home because my birthday is on May 8 and so is mothers day and summer is coming up soon. I am praying for you to let my dad go home. My dad also helps people for free so plece let him come home.

From. D B

# EXHIBIT I.

Dear Judge, I know that my dad is a good man. He lets me go every where with him. pleas Don't listen to him. yes he lets the foot ball with me and he even rat me how to ride a hors. its so hard to be away from him. I am waaiiial to get baptism. I know that you can let him out. I will be be so happy to see him again. I know that you are so good. I know you can let him hone. I cry so much with out him. he is so nice. I go camping with him. and I go to barby cous with him. I love him so much. from

Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108

EXHIBIT J.

Dear Judge, my dad is the Nicest guy on the planet, the best guy, he helps me do everything, help me with Homework, taught me how to ride a horse. He Helps people for free. He is my hero. I am sooo sad that he is gone. I need a dad. He is going to build a home for our family, he makes me Laugh all the time. The night before he left I did not even get to say goodbye to him. My dad did not do anything wrong, all he did was flip some Hamburgers and Hot dogs at the Standoff. Just because his Last name is bundy doesn't mean he is a bad person. My dad Never hurt anyone. please let him come home, I miss him sooo much. My dad is Not a Criminal. I can't Sleep at Night without him. I am praying that you will let him come home please!!! ~~~~~ I can't spend time with my mom because she is always working hard to get my dad home. please make the wright choice let my daddy come home. we have a 1 year old and my dad can't even hold

her   please please letl him
Come. Home.
FROM m

Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108

Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108
Redacted - Special Order 108

EXHIBIT K.



# *Millard County*
## *Office of the Sheriff*

*Robert A Dekker*
*Sheriff*

28 April 2016

Re: David Bundy

To Whom It May Concern:

I am the Sheriff of Millard County and know the Dave Bundy family.  They have lived in Millard County for about 3 years.  During that time we have not had contact with David or his family.  It seems they have fit well into the community with kids in school, Dave building a new home (not far from my own home) and just enjoying the small town atmosphere.

I know Mr. Bundy is coming to the court for a review of his confinement.  I would like the court to know that should it be determined he could be released, bail or OR that my office can and would provide Mr. Bundy with an ankle GPS unit that would allow us to know his whereabouts at all time and notify our office should he leave an assigned area.  Mr. Bundy would of course be responsible for costs of this unit.

If you have questions please feel free to contact me.

Robert A. Dekker
Sheriff

---

*765 South Highway 99*
*Fillmore, Utah 84631*

*Phone: 435-743-5302 • 435-864-2755*
*Fax 435-743-6324*