DANIEL J. HILL, ESQ.
NV Bar # 12773
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN LLP
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Tel:   (702) 341-5200
Fax:   (702) 341-5300
DHill@wrslawyers.com
*Attorney for Defendant Ammon E. Bundy*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMMON E. BUNDY, *et al.*,<br><br>            Defendants. | CASE NO.: 2:16-cr-00046-GMN-PAL<br><br>**NOTICE OF MANUAL FILING** |

Pursuant to U.S.D.C. Local Rule IC 1-1(d)- Requirements for Electronic Filing of Court Documents, Defendant Ammon E. Bundy gives notice that he will file with the Clerk of the Court two CDs: Exhibit 1: Video of Toquop Wash Protest from afar; Exhibit 2: Video of Toquop Wash Protest from the ground.  These two CDs are in support of the Ammon E. Bundy's Objection to Order Denying his Motion to Continue Detention Hearing, filed on May 4, 2016 [ECF No. 365].

DATED this 9th day of May, 2016.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: _____
DANIEL J. HILL, ESQ.
Nevada Bar No. 12773
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
*Attorney for Defendant Ammon E. Bundy*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2016, a true and correct copy of **NOTICE OF MANUAL FILING** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _/s/ Jennifer Finley_____
Jennifer Finley, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP