CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Defendant Dave H. Bundy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-CR-00046-GMN-PAL |
| Plaintiff, | |
| v. | |
| DAVE H. BUNDY, erroneously referred to as DAVID H. BUNDY, et. al. | |
| Defendants. _____/ | |

## DAVE H. BUNDY'S REPLY TO

## MOTION TO REOPEN DETENTION HEARING

COMES NOW the Defendant, DAVE H. BUNDY, erroneously named as DAVID H. BUNDY by and through his attorneys, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ., and hereby submits the following Reply.

This Reply is based upon discovery received, the following analysis, all papers and pleadings on file herein, as well as the arguments of counsel at the time of the hearing in this matter.

DATED this 9th day of May, 2016

/s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C.J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102

## MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY

The government's Response ignores the numerous factors that demonstrate that Mr. D. Bundy is not a danger to the community and will remain in Delta, Utah and meet all court obligations as required. On the contrary, the government seeks to impose finality over fairness.

As an initial matter, each of the five exhibits which were supplemented to Dave Bundy's Motion to Reopen the Detention Hearing are information which was not known at the time of the original detention hearing, under 18 U.S.C. § 3142, because each document did not exist at the time of the original detention hearing. (*See*, Doc. 361, pp. 5-15). Each of those documents has a material bearing upon the issue of whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community. Specifically, Millard County Sheriff Robert A. Dekker explains that the Sheriff is aware of Dave Bundy's criminal case and that the Sheriff concludes that Dave Bundy should be released to the Sheriff's community or that Millard County has the ability to provide Dave Bundy with a GPS ankle monitor that can ensure that Dave Bundy is not a risk of non-appearance. (Doc. 361, p. 15). Moreover, the letters from Dave Bundy's children demonstrate that Dave Bundy is not a risk to the community and illustrate the incentives that Dave Bundy has to appear in this Court and defend himself from the baseless allegations lodged by the Government.

As of the date of this Reply, the Government still has not produced any evidence, whatsoever, that tends to demonstrate that Dave Bundy is a risk of non-appearance at future court dates or a risk of danger to the community. On the contrary, the Government merely relies upon far-fetched allegations of a vast conspiracy which do not have evidentiary support. In actuality, Dave Bundy was merely a peaceful protester in 2014 at the Bundy Ranch.

As a result of the Government's failure to produce any evidence the following facts before this Court are unrefuted: Dave Bundy has lived in the same County as the cowboys who were contracted with BLM for a round-up of the cattle of Cliven Bundy. Dave likewise has not had any contact with the BLM enforcement division. On the contrary, in 2013, Dave Bundy agreed to allow the BLM to come onto his property and allowed the BLM to fill their helicopters with his water to fight wildfires in the area. Dave has a clearance with the TSA for his work as an

1  airline pilot. Likewise, he holds a Commercial Driver's License issued through the federal
2  government, a commercial pilot's license from the Federal Aviation Administration, and a
3  general engineering license. Dave Bundy has demonstrated respect for the federal government by
4  paying his taxes, voting, paying licensing fees and insurance for his companies.

In order to obtain the numerous licenses that Dave Bundy possesses he could not have a criminal record. That fact illustrates the lack of danger that Mr. Bundy poses to the community as well as the incentive he has to appear at all court dates and Defend himself from the Government's accusations. Dave Bundy will not jeopardize his life's work or the well-being of his family by failing to appear for court or by posing danger to any person or entity. Dave's family, business, and employees will not be able to succeed without Dave's presence. Dave Bundy is a peaceful man, husband and father. The Court may take judicial notice of the fact that then Assistant Sheriff Joe Lombardo is quoted as stating: "They were in my face and yelling profanities and pointing weapons. *The Bundy son himself, that I was negotiating with, Dave, he did not do that*, but all the associated people around him did do that."[1]

Based on the reasons stated above, Mr. D. Bundy assures the Court that he will comply with all instructions and orders issued pending the resolution of this matter. Accordingly, Mr. D. Bundy respectfully requests that the Court grant his Motion to Reopen Detention Hearing issued by the Magistrate Judge in the District of Utah and release him pending trial with any conditions the Court deems necessary.

DATED this 9th day of May, 2016.

/s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, EDQ.
Nevada Bar No. 1988
C.J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102

---

[1] Available online at :
www.lasvegasnow.com/news/iteam-police-faced-possible-bloodbath-at-bundy-protest

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that pursuant to FRCP 5(b), I did serve at Las Vegas, Nevada on this 9th day of May, 2016 a true and correct copy of **DAVE H. BUNDY'S REPLY TO MOTION TO REOPEN DETENTION HEARING** on all parties to this action via CM/ECF system addressed as follows:

Joel F. Hansen
Hansen Rasmussen
1835 Village Center Circle
Las Vegas, Nevada 89134
*Attorney for Cliven Bundy*

Ryan Norwood
William C. Carrico
Rene Villadares
Federal Public Defenders Office
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Ryan Payne*

Chris T. Rasmussen, Esq.
RASMUSSEN & KANG
330 South Third Street, Ste. 1010
Las Vegas, NV 89101
*Attorney for Peter T. Santilli, Jr.*

Lucas Gaffney
Oronoz, Ericsson & Gaffney LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Attorney for Melvin Bundy*

Brian James Smith
Law Office of Brian J. Smith, Ltd.
9525 Hillwood Drive, Ste. 190
Las Vegas, Nevada 89134
*Attorney for Gerald A. Delemus*

Jess R. Marchese
Law Office of Jess R. Marchese
601 South Las Vegas Blvd.
Las Vegas, Nevada 89101
*Attorney for Eric J. Parker*

Craig W. Drummond
Drummond Law Firm
228 South Forth Street First Floor
Las Vegas, Nevada 89101
*Attorney for O. Scott Drexler*

Shawn R. Perez
Law Office of Shawn R. Perez
626 South Third Street
Las Vegas, Nevada 89101
*Attorney for Richard R. Lovelien*

Richard E. Tanasi
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorney for Steven A. Stewart*

Julian R. Gregory
Law Office of Julian Gregory
324 S. 3rd Street, Ste. 200
Las Vegas, Nevada 89101
*Attorney for Todd C. Engel*

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, Nevada 89101
*Attorney for Gregory P. Burleson*

Andrea Lee Luem
Law Office of Andrea L. Luem
499 South 4th Street, Ste. 280
Las Vegas, Nevada 89101
*Attorney for Joseph D. O'Shaughnessy*

Chris Arabia
601 S. 10th Street
Las Vegas, Nevada 89101
*Attorney for Micah L. Mcguire*

Kristine M. Kuzemka
Kuzemka Law Group
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Jason D. Woods*

Erin M. Creegan, Esq.
Nadia Janjua Ahmed, Esq.
Nicholas D. Dickinson, Esq.
Daniel Bogden, Esq.
U.S. Attorney's Office
333 Las Vegas Blvd. South Suite 5000
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

   /s/ Stacie Comerio
An Employee of Potter Law Offices