CHRIS T. RASMUSSEN, ESQ.
Nevada Bar 7149
RASMUSSEN & KANG
330 South 3rd Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Peter Santilli

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00046-GWN-PAL |
| v. | **NOTICE OF APPEAL** |
| PETER SANTILLI, | |
| Defendant. | |

NOTICE OF APPEAL is hereby given that Defendant Peter Santilli in the above entitled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order of Detention (DK 378) on this May 9th, 2016

Chris T. Rasmussen

_____
CHRIS THOMAS RASMUSSEN
Attorney for Peter Santilli