CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Defendant Dave H. Bundy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   2:16-CR-00046-GMN-PAL |
| Plaintiff, | |
| v. | |
| DAVE H. BUNDY, erroneously referred to as DAVID H. BUNDY, et. al. | |
| Defendants. | |

_____/

## SECOND SUPPLEMENTAL EXHIBITS TO DAVE H. BUNDY'S

## MOTION TO REOPEN DETENTION HEARING

COMES NOW the Defendant, DAVE H. BUNDY, erroneously named as DAVID H. BUNDY by and through his attorneys, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ., and hereby supplements the following letters:

Exhibit L, Letter from the Congress of the United States House of Representatives;

Exhibit M, Department of Transportation-Federal Aviation Administration Card and Dave Bundy's Employment Verification Letter from Grand Canyon Airlines;

Exhibit N, U.S. Bureau of Land Management Violation Notice;

. . .

. . .

. . .

. . .

. . .

1    Exhibit O, Dave Bundy's Voluntary Statement;

2    Exhibit P, Mesquite City Council Special Meeting Minutes;

3    Exhibit Q, Dave Bundy's State of Utah Driver License Record;

4    Exhibit R, Evidence and Property Report List;

5    Exhibit S, Dave Bundy's State Contractor's Board Certificate;

6    Exhibit T, Public Works Letter Bidding Information;

7    Exhibit U, Company Snapshot;

8    Exhibit V, State of Arizona Register of Contractors License;

9    Exhibit W, Utah Valley University Degree Progress;

10   Exhibit X, Facebook Postings;

11   Exhibit Y, Newspaper Articles;

12   Exhibit Z, Fundraiser Flyers.

13   DATED this 16th day of May, 2016.

14                                POTTER LAW OFFICES

15                                By  /s/ Cal J. Potter, III, Esq.
                                  CAL J. POTTER, III, ESQ.
16                                Nevada Bar No. 1988
                                  C. J. POTTER, IV, ESQ.
17                                Nevada Bar No. 13225
                                  1125 Shadow Lane
18                                Las Vegas, Nevada 89102
                                  *Attorneys for Defendant Dave H. Bundy*

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I HEREBY CERTIFY that pursuant to FRCP 5(b), I did serve at Las Vegas, Nevada on

3   this 16th day of May, 2016, a true and correct copy of **SECOND SUPPLEMENTAL**

4   **EXHIBITS TO DAVE H. BUNDY'S MOTION TO REOPEN DETENTION HEARING**

5   on all parties to this action via CM/ECF system addressed as follows:

6       Joel F. Hansen
        HANSEN RASMUSSEN
7       1835 Village Center Circle
        Las Vegas, Nevada 89134
8       *Attorney for Cliven Bundy*

9       Ryan Norwood
        William C. Carrico
10      Rene Villadares
        Shari Kaufman
11      FEDERAL PUBLIC DEFENDERS OFFICE
        411 E. Bonneville Ave.
12      Las Vegas, Nevada 89101
        *Attorneys for Ryan Payne*
13
        Chris T. Rasmussen, Esq.
14      RASMUSSEN & KANG
        330 South Third Street, Ste. 1010
15      Las Vegas, NV 89101
        *Attorney for Peter T. Santilli, Jr.*
16
        Lucas Gaffney
17      ORONOZ, ERICSSON & GAFFNEY LLC
        1050 Indigo Drive, Suite 120
18      Las Vegas, Nevada 89145
        *Attorney for Melvin Bundy*
19
        Brian James Smith
20      LAW OFFICE OF BRIAN J. SMITH, LTD.
        9525 Hillwood Drive, Ste. 190
21      Las Vegas, Nevada 89134
        *Attorney for Gerald A. Delemus*
22
        Jess R. Marchese
23      LAW OFFICE OF JESS R. MARCHESE
        601 South Las Vegas Blvd.
24      Las Vegas, Nevada 89101
        *Attorney for Eric J. Parker*
25
        Craig W. Drummond
26      DRUMMOND LAW FIRM
        228 South Forth Street First Floor
27      Las Vegas, Nevada 89101
        *Attorney for O. Scott Drexler*

28

Shawn R. Perez
LAW OFFICE OF SHAWN R. PEREZ
626 South Third Street
Las Vegas, Nevada 89101
*Attorney for Richard R. Lovelien*

Richard E. Tanasi
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorney for Steven A. Stewart*

Julian R. Gregory
LAW OFFICE OF JULIAN GREGORY
324 S. 3rd Street, Ste. 200
Las Vegas, Nevada 89101
*Attorney for Todd C. Engel*

Terrence M. Jackson
LAW OFFICE OF TERRENCE M. JACKSON
624 South Ninth Street
Las Vegas, Nevada 89101
*Attorney for Gregory P. Burleson*

Andrea Lee Luem
LAW OFFICE OF ANDREA L. LUEM
499 South 4th Street, Ste. 280
Las Vegas, Nevada 89101
*Attorney for Joseph D. O'Shaughnessy*

Chris Arabia
601 S. 10th Street
Las Vegas, Nevada 89101
*Attorney for Micah L. Mcguire*

Kristine M. Kuzemka
KUZEMKA LAW GROUP
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Jason D. Woods*

Erin M. Creegan, Esq.
Nadia Janjua Ahmed, Esq.
Nicholas D. Dickinson, Esq.
Daniel Bogden, Esq.
U.S. ATTORNEY'S OFFICE
333 Las Vegas Blvd. South Suite 5000
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

/s/ Stacie Comerio
An Employee of Potter Law Offices

4