1  DANIEL J. HILL, ESQ.
   NV Bar # 12773
2  WOLF, RIFKIN, SHAPIRO,
   SCHULMAN & RABKIN LLP
3  3556 East Russell Road, 2nd Floor
4  Las Vegas, Nevada 89120
   Tel:   (702) 341-5200
5  Fax:   (702) 341-5300
   DHill@wrslawyers.com
6  *Attorney for Defendant Ammon E. Bundy*

7

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11  UNITED STATES OF AMERICA,          **CASE NO.: 2:16-CR-00046-GMN-PAL**

12           Plaintiff,                 **DEFENDANT AMMON E. BUNDY'S
                                        UNOPPOSED MOTION FOR LEAVE
13       vs.                            TO SUPPLEMENT HIS OBJECTIONS
                                        [ECF NO. 365] TO MAGISTRATE
14  AMMON E. BUNDY, *et al.*,           JUDGE ORDER DENYING MOTION
                                        FOR EXTENSION OF TIME FOR
15           Defendants.                DETENTION HEARING [ECF NO. 289]**

16

17

18

19          This is Ammon Bundy's ("Ammon") Unopposed Motion for Leave to Supplement his

20  Objections (ECF No. 365) to the Magistrate Judge's order (ECF No. 289) denying Ammon's motion

21  for extension of time for detention hearing. Ammon seeks leave to supplement his Objections with a

22  transcript of the detention hearing and pinpoint citations to the transcript. The proposed supplemented

23  pleading is attached as **Exhibit 1**. The transcript, which will be Exhibit 10 to the Objections, is

24  attached to this motion as **Exhibit 2**. Undersigned counsel conferred with the government on May 19,

25  2016, and the government does not oppose this motion.

26          Under Local Rule 7-2(g), parties may file a supplement to a motion with leave of court for

27  "good cause." Due to the time constraints for objecting to a magistrate judge's pretrial order, Ammon

28  filed his Objections before the transcript of the detention hearing had been prepared. The transcript

1   was completed on May 13, 2016. *See* ECF No. 404. Ammon has now supplemented the Objections,

2   the only changes being to add pinpoint citations to the transcript in the factual background, and to add

3   the transcript as Exhibit 10.

4         Ammon therefore requests leave of this Court to file the supplemented Objections attached as

5   **Exhibit 1**, along with Exhibit 10 to the Objections, attached here as **Exhibit 2**.

6         Respectfully submitted this 19th day of May 2016.

7                                    **WOLF, RIFKIN, SHAPIRO,**
                                     **SCHULMAN & RABKIN, LLP**
8

9                                    By: */s/ Daniel J. Hill*
                                     _____
10                                   DANIEL J. HILL, ESQ.
                                     Nevada Bar No. 12773
                                     3556 E. Russell Road, Second Floor
11                                   Las Vegas, Nevada 89120
                                     *Attorney  for Defendant Ammon E. Bundy*
12

13                                          **ORDER**

14        IT IS SO ORDERED.

15

16

17                                   _____
                                     CHIEF JUDGE GLORIA M. NAVARRO/
18                                   MAGISTRATE JUDGE PEGGY A. LEEN

19

20                                   DATED this _____day of _____2016.

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May 2016, a true and correct copy of **DEFENDANT AMMON E. BUNDY'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT HIS OBJECTIONS [ECF NO. 365] TO MAGISTRATE JUDGE ORDER DENYING MOTION FOR EXTENSION OF TIME FOR DETENTION HEARING [ECF NO. 289]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice

By  */s/ Jennifer Finley*
   Jennifer Finley, an Employee of
   WOLF, RIFKIN, SHAPIRO, SCHULMAN &
   RABKIN, LLP