JAMES W. HOWARD, ESQ.
Nevada Bar No. 4636
The HOWARD LAW FIRM
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 385-5533
jhoward@howardlawlv.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00046-GMN-PAL-1 |
|---|---|
| Plaintiffs, | |
| vs. | **MOTION TO WITHDRAW** |
| CLIVEN D. BUNDY, | |
| Defendant. | |

    Attorney, James W. Howard, Esq., of The Howard Law Firm, hereby requests this Court to Withdraw his name from the electronic service list in this matter and from any association with the Defendant Cliven D. Bundy whom attorney James W. Howard and his firm, The Howard Law Firm, do not and have not ever represented.

    Dated this 23 day of May, 2016.

THE HOWARD LAW FIRM

By: _____
JAMES W. HOWARD, ESQ.
Nevada Bar No. 4636
1835 Village Center Circle
Las Vegas, Nevada 89134

. . .

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### STATEMENT OF FACTS

Attorney, James W. Howard, Esq., of The Howard Law Firm rents space from Hansen & Rasmussen Law Firm.  The Hansen firm includes attorney Joel Hansen, Esq., who represents Defendant Cliven Bundy.  On Friday, May 20, 2016, attorney Hansen came to attorney Howard and told him he needed to electronically file a pleading in Federal Court and did not have any secretarial staff currently at the office who could do so.  Attorney Howard informed Attorney Hansen that attorney Howard's secretary could file documents in Federal Court.  Attorney Howard's secretary did not have a password to file under Hansen & Rasmussen and so used The Howard Law Firm password.  Now, The Howard Law Firm is being copied on all electronic filings in this case.  The Howard Law Firm does not and never has represented Cliven Bundy.  We phoned and requested to be taken off the electronic filing list and were told we had to file a Motion to Withdraw.  Thus, we as The Howard Law Firm are filing this Motion to Withdraw and requesting that we be taken off the electronic service list in this matter.

Dated this 23 day of May, 2016.

THE HOWARD LAW FIRM

By: _____
JAMES W. HOWARD, ESQ.
Nevada Bar No. 4636
1835 Village Center Circle
Las Vegas, Nevada 89134