JOIN
BRIAN J. SMITH, ESQ.
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for DELEMUS

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GERALD DELEMUS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:16-cr-00046-GMN-PAL |

**JOINDER IN DEFENDANT STEVEN STEWART'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DEFENDANT STEWART'S MOTION TO SEVER**
**(DOC. #450)**

COMES NOW, the Defendant, GERALD DELEMUS, by and through his counsel, BRIAN J. SMITH, ESQ., and moves this Honorable Court to allow him to join Defendant Steven Stewart's Unopposed Motion to Extend Deadline to File a Motion to Sever (Doc. #450), filed May 25, 2016.

DATED this 25th day of May, 2016.

Brian J. Smith, Esq.
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, NV 89134
702-380-8248

   /s/  Brian J. Smith
BRIAN J. SMITH, ESQ.