Law Offices of Shawn R. Perez
**SHAWN R. PEREZ, ESQ**.
NV State Bar No. 10421
CA State Bar No. 164228
626 South Third Street
Las Vegas, NV 89101
(702) 485-3977
(702) 442-7095
shawn711@msn.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00046 |
| Plaintiff, | JOINDER IN DEFENDANT STEVEN STEWART'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO SEVER (DOC.#450) |
| vs. | |
| RICHARD R. LOVELIEN, | |
| Defendant. | |

Defendant **Richard R. Lovelien**, by and through his attorney of record, Shawn R. Perez, hereby moves this Honorable Court to allow him to join Defendant Steven Stewart's Unopposed Motion to Extend Deadline to File a Motion to Sever, filed May 25, 2016.

Lovelien hereby adopts and incorporates the arguments set forth in Stewart's motion as his own.

Respectfully submitted,

Law Offices of Shawn R. Perez

Dated: May 26, 2016   By:   /s/ *Shawn R. Perez, Esq.*
_____
SHAWN R. PEREZ, ESQ.,
Attorney for Defendant