ANDREA L. LUEM, ESQ.
Nevada Bar No. 8844
**LAW OFFICES OF ANDREA L. LUEM**
400 South Fourth Street, Suite 280
Las Vegas, NV 89101
Telephone: (702) 600-8401
Email: andrea@luemlaw.com
*Attorney for Defendant*
*JOSEPH O'SHAUGHNESSY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) CASE NO: 2:16-CR-00046-GMN-PAL |
| Plaintiff, | ) |
| vs. | ) |
| JOSEPH O'SHAUGHNESSY, et al | ) |
| Defendants. | ) |

**DEFENDANT O'SHAUGHNESSY'S MOTION FOR JOINDER TO DEFENDANT RYAN PAYNE'S MOTION TO COMPEL ELECTRONIC ACCESS TO LEGAL MATERIALS AND THE ABILITY TO COMMUNICATE TELEPHONICALLY WITH DEFENSE COUNSEL IN A CONFIDENTIAL MATTER [#442]**

COMES NOW, the defendant JOSEPH O'SHAUGHNESSY, by and through Counsel of Record, Andrea L. Luem, Esq. of The Law Offices of Andrea L. Luem and moves this Honorable Court to allow him to join in Defendant, Ryan Payne's Motion to Compel Electronic Access to Legal Materials and the Ability to Communicate Telephonically with Defense Counsel in a Confidential Manner. [#442]

DATED this 26th day of May, 2016.

/s/ *Andrea L. Luem*
ANDREA L. LUEM, ESQ.

1

***CERTIFICATE OF ELECTRONIC SERVICE***

The undersigned hereby certifies that service of the above entitled DEFENDANT O'SHAUGHNESSY'S MOTION FOR JOINDER TO DEFENDANT RYAN PAYNE'S MOTION TO COMPEL ELECTRONIC ACCESS TO LEGAL MATERIALS AND THE ABILITY TO COMMUNICATE TELEPHONICALLY WITH DEFENSE COUNSEL IN A CONFIDENTIAL MATTER [#442] was made this 26th day of May, 2016 by CM/ECF (Electronic Filing) as follows:

DANIEL G. BOGDEN
United States Attorney

STEVEN MYHRE
Assistant United States Attorney

NADIA AHMED
Assistant United States Attorney

NICHOLAS DICKINSON
Assistant United States Attorney

ERIN M. CREEGAN
Assistant United States Attorney

By:   */s/ Andrea L. Luem*
ANDREA L. LUEM, ESQ.