RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Ryan W. Payne

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RYAN W. PAYNE,<br><br>　　　　Defendant. | 2:16-cr-046-GMN-PAL<br><br>**EMERGENCY MOTION FOR HEARING ON STATUS OF PENDING MATTERS (ECF NOS. 291, 331, 442)** |

**Certification**: This Motion is timely filed.

Defendant RYAN W. PAYNE, through his counsel, SHARI L. KAUFMAN, WILLIAM CARRICO, and RYAN NORWOOD, Assistant Federal Public Defenders, moves for a hearing to address the status of certain critical matters pending before this Court. The attached Memorandum of Points and Authorities is submitted in support of this request.

DATED this 22nd day of June, 2016.

        RENE VALLADARES
        Federal Public Defender

By: */s/ Shari L. Kaufman*
    SHARI L. KAUFMAN
    Assistant Federal Public Defender

By: */s/ William Carrico*
    WILLIAM CARRICO
    Assistant Federal Public Defender

By: */s/ Ryan Norwood*
    RYAN NORWOOD
    Assistant Federal Public Defender

## Memorandum of Points and Authorities

Defendant Ryan Payne and 18 co-defendants are charged in a 16-count superseding indictment that includes four forfeiture allegations. ECF No. 27. The charges stem from an alleged standoff with law enforcement agents near Bunkerville, Nevada in April 2014. *Id.* This case is scheduled for trial in February of 2017. ECF No. 321, pp. 12-13. The pretrial motion deadline is October 3, 2016. ECF No. 321, p. 13.

The following matters, among numerous others, are fully briefed and currently awaiting decision from this Court:

- Defendant Ryan W. Payne's Motion to Dismiss, ECF No. 291
  Government's Response in Opposition, ECF No. 383
  Defendant Ryan W. Payne's Reply in Support of Motion to Dismiss, ECF No. 418

- Memorandum Opposing Entry of Protective Order, ECF No. 331

- Defendant Ryan W. Payne's Motion to Compel Electronic Access to Legal Materials and the Ability to Communicate Telephonically with Defense Counsel in a Confidential Manner, ECF No. 442
  Government's Response to Defendant Ryan Payne's Motion to Compel Electronic Access to Legal Materials, ECF No. 517
  Reply to Government's Response to Defendant's Motion to Compel Electronic Access to Legal Material, ECF No. 517

These pending matters must be resolved so that Mr. Payne can have meaningful contact with his Nevada defense team and begin reviewing the voluminous discovery in this case, the necessary precursors to the defense team's timely preparation of pretrial motions and development of a trial defense. A status hearing would aid in resolving the issues raised. Indeed, when responding to Mr. Payne's request for access to discovery and to his defense counsel in the Nevada case, the government agreed that "this matter is best resolved in a pretrial conference with

the Court (as opposed to Motion)."[1]  ECF No. 517, p. 2.  Mr. Payne thus requests this Court hold a status hearing on the above identified matters at the Court's earliest convenience.

Dated this 22nd day of June, 2016.

            Respectfully Submitted,

            RENE VALLADARES
            Federal Public Defender

          By: */s/ Shari L. Kaufman*
            SHARI L. KAUFMAN
            Assistant Federal Public Defender

          By: */s/ William Carrico*
            WILLIAM CARRICO
            Assistant Federal Public Defender

          By: */s/ Ryan Norwood*
            RYAN NORWOOD
            Assistant Federal Public Defender

---

[1] The government also stated it "does not, at this time, take a position on the relief requested in the Motion or the basis upon which it is sought."  ECF No. 517, p. 2.

4

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 22, 2016, he served an electronic copy of the above and foregoing **EMERGENCY MOTION FOR HEARING ON STATUS OF PENDING MOTIONS** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>ERIN M. CREEGAN
>Assistant United States Attorney
>NADIA JANJUA AHMEN
>Assistant United States Attorney
>NICHOLAS DICKINSON
>Assistant United States Attorney
>STEVEN MYHRE
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>*/s/ Brandon Thomas*
>Employee of the Federal Public Defender