JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
Phone:  702-366-1125
Fax:  702-366-1857
jfhansen@cooperlevenson.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                      Plaintiff(s),

      v.

CLIVEN D. BUNDY

                Defendant.

Case No.:
2:16-CR-00046-GMN-PAL-1

## NOTICE OF CHANGE OF FIRM NAME

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

## NOTICE OF CHANGE OF FIRM NAME

2

PLEASE TAKE NOTICE that the law office of HANSEN RASMUSSEN LLC, attorneys

3

for CLIVEN BUNDY has changed their firm name to COOPER LEVENSON, P.A. effective July

4

1, 2016.  Please update your service list as follows:

5

6

COOPER LEVENSON, P.A.
1835 Village Center Circle

7

Las Vegas, Nevada 89134
Phone:  702-366-1125

8

Fax:  702-366-1857
jjhansen@cooperlevenson.com

9

10

DATED this 30th day of June, 2016.

11

COOPER LEVENSON, P.A.

12

/s/ Joel F. Hansen

13

JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876

14

1835 Village Center Circle

15

Las Vegas, NV  89134
Attorney for Cliven Bundy

16

17

18

19

20

21

22

23

24

25

26

27

28