JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 3366-1125
jfhansen@cooperlevenson.com
Attorney for Defendant Cliven D. Bundy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>CLIVEN D. BUNDY<br><br>　　　　　　　　　Defendant. | Case No.:<br>2:16-CR-00046-GMN-PAL-1<br><br>**NOTICE OF APPEAL** |

　　　NOTICE OF APPEAL is hereby given that Defendant CLIVEN D. BUNDY, in the above entitled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order of Denying Defendant's Motion to Disqualify (ECF Nos. 427, 436, & 443). The Order Denying the Motion ((ECF No. 446) is dated May 24, 2016.

Dated: July 7, 2016　　　　　　　　　　**COOPER LEVENSON,P.A.**

　　　　　　　　　　　　　　　　　　　/s/ Joel F. Hansen, Esq.
　　　　　　　　　　　　　　　　　　　**JOEL F. HANSEN, ESQ.**
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 1876
　　　　　　　　　　　　　　　　　　　1835 Village Center Circle
　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89134
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Cliven Bundy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the above entitled NOTICE OF APPEAL was made this 7th day of July, 2016 by using the CM/ECF system, which will send a notice of electronic filing to opposing counsel registered on CM/ECF.

/s/ Joel F. Hansen
Joel F. Hansen, Esq.