1

DANIEL G. BOGDEN
United States Attorney

2

STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys

3

NADIA J. AHMED
ERIN M. CREEGAN

4

Special Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100

5

Las Vegas, Nevada 89101
(702) 388-6336

6

steven.myhre@usdoj.gov
nicholas.dickinson@usdoj.gov

7

nadia.ahmed@usdoj.gov
erin.creegan@usdoj.gov

8

*Representing the United States of America*

9

10

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

v.

14

GREGORY P. BURLESON,

15

Defendant.

2:16-CR-00046-GMN-PAL

**NOTICE OF MANUAL FILING**

16

17

The United States of America, by and through the undersigned Assistant United States

18

Attorney, hereby notifies the Court that it is submitting a manual filing of a compact disc which

19

is meant to be included as "Exhibits A and B" to the Government's Motion to Strike, or in the

20

Alternative, Response in Opposition to Defendant Burleson's Motion to Suppress UnMirandized

21

Tape Recorded Interview of Defendant (ECF No. 982). *See* Docket Number 1071.

22

23

24

The compact disc is labeled "(Sealed) Exhibit A & B Govt. Response to #982 by Burleson 2:16-CR-46-GMN-PAL".

**DATED** this 5th day of December, 2016.

Respectfully,

DANIEL G. BOGDEN
United States Attorney
        *//s//*
_____
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys

Attorneys for the United States

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of the United States Attorney's Office.  A copy of the foregoing **NOTICE OF MANUAL FILING** was served upon counsel of record, via Electronic Case Filing (ECF).

In addition to the ECF Notification, physical copies of the Notice of Manual Filing and CD were mailed via FedEx to Mr. Burleson's attorney of record at:

Terrance M. Jackson, Esq.
Law Office of Terrance M. Jackson
624 South Ninth Street
Las Vegas, Nevada 89101

**DATED** this 5th day of December, 2016.


*/s/ Mamie A. Ott*
_____
MAMIE A. OTT
Legal Assistant